No. 449. WHEELER v. CLARK, U. S. MARSHAL. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Lin William Price* for petitioner. *Solicitor General Reed, Assistant Attorney General Keenan,* and *Mr. W. Marvin Smith* for respondent.

No. 450. SOUTHERN PACIFIC CO. ET AL. v. McKINLEY, ADMINISTRATOR. October 28, 1935. Petition for writ of certiorari to the Court of Civil Appeals, 8th Supreme Judicial District, of Texas, denied. *Messrs. James R. Bell* and *Del W. Harrington* for petitioners. *Mr. Sydney Smith* for respondent.

No. 451. SOUTHERN PACIFIC CO. ET AL. v. CLAYTON, ADMINISTRATOR. October 28, 1935. Petition for writ of certiorari to the Court of Civil Appeals, 8th Supreme Judicial District, of Texas, denied. *Messrs. James R. Bell* and *Del W. Harrington* for petitioners. *Mr. Robert Ewing Thomason* for respondent.

No. 452. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. SPEYER. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Reed* for petitioner. *Mr. Henry W. Taft* for respondent.

No. 453. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. ULLMANN. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the